
**FILED**
Jul 01, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>MARIBEL RODRIGUEZ,<br><br>                      Defendant. | CASE NO.  1:21-cr-00173 -DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 12, 2020 charging the above defendant with violations of 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; 18 U.S.C. § 924(c)(1)(A); 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and

Motion to Seal Indictment                                1

execution of the warrants.

DATED: July 1, 2021                    Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By    /s/ STEPHANIE STOKMAN
STEPHANIE STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  July 1, 2021

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge

Motion to Seal Indictment                              2