IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00173-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| MARIBEL RODRIGUEZ, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on July 1, 2021 be unsealed and become public record.

IT IS SO ORDERED.

Dated: **July 16, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE