PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:     (559) 497-4000
Facsimile:     (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIBEL RODRIGUEZ,<br><br>　　　　　　　　　Defendants. | CASE NO.  1:21-CR-00173-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 12, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　　By previous order, this matter was set for status on July 12, 2023.

2.　　By this stipulation, defendant now moves to vacate the status conference and set the matter for jury trial on June 11, 2024, and to exclude time between July 12, 2023, and June 11, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.　　The parties further request that the matter be set for a trial confirmation hearing on May 6, 2024.

4.　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 12, 2023 to June 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 7, 2023                                     PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ STEPHANIE M. STOKMAN
                                                        STEPHANIE M. STOKMAN
                                                        Assistant United States Attorney


Dated: July 7, 2023                                     /s/ DAVID BALAKIAN
                                                        DAVID BALAKIAN
                                                        Counsel for Defendant
                                                        MARIBEL RODRIGUEZ

## ORDER

IT IS SO ORDERED that the status conference set for July 12, 2023, is vacated. A Jury Trial is set for **June 11, 2024, at 8:30 a.m. before District Judge Ana de Alba**. A Trial Confirmation is set for **May 6, 2024, at 1:30 p.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **July 10, 2023**                             /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE