David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **MARIBEL RODRIGUEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARIBEL RODRIGUEZ,<br><br>　　　　　Defendant. | Case No.: 1:21-CR-00173 NODJ BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

　　　THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing currently set for September 9, 2024, be continued to December 2, 2024.

　　　Both parties require additional time to prepare for sentencing. Furthermore, Ms. Rodriguez requests to submit to the court for sentence a mental health assessment which will not be ready until the end of November.

　　　IT IS SO STIPULATED.

Dated: August 27, 2024 /s/ DAVID BALAKIAN
David Balakian,
Attorney for Defendant

Dated: August 27, 2024 /s/ STEPHANIE STOKMAN
Stephanie Stokman,
Assistant U.S. Attorney

## **ORDER**

The sentencing in this matter is continued from September 9, 2024, to **December 2, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **August 28, 2024**          /s/ Barbara A. McAuliffe
                    UNITED STATES MAGISTRATE JUDGE