David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **MARIBEL RODRIGUEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>MARIBEL RODRIGUEZ,<br><br>       Defendant. | Case No.: 1:21-CR-00173 NODJ BAM<br><br>**ORDER AND STIPULATION TO CONTINUE SENTENCING** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing currently set for December 2, 2024, be continued to February 10, 2025.

   Counsel for Ms. Rodriguez wishes to present the court at sentencing a mental health assessment. An appointment was previously scheduled. The doctor's office had to reschedule the appointment because of scheduling and interpreter issues.

   A new appointment is set for early December. A few weeks will also be needed to prepare the report.

IT IS SO STIPULATED.

Dated: November 13, 2024    /s/ DAVID BALAKIAN
                            David Balakian,
                            Attorney for Defendant


Dated: November 13, 2024    /s/ STEPHANIE STOKMAN
                            Stephanie Stokman,
                            Assistant U.S. Attorney


## ORDER

The sentencing in this matter is continued from December 2, 2024, to **February 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **November 13, 2024**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE